# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **PARISH OF CAMERON, ET AL.** | **CIVIL ACTION NO. 16-0538** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **APACHE CORP. OF DELAWARE, ET AL.** | **MAG. JUDGE KATHLEEN KAY** |

## JUDGMENT

For the reasons set forth in the Report and Recommendation of the Magistrate Judge, to the extent adopted by this Court after a *de novo* review of the entire record, and for those additional reasons set forth in this Court's Ruling in the related case of *Parish of Cameron v. Auster Oil & Gas Co.*, No. 16-cv-0530

IT IS ORDERED that the Motions and Supplemental Motions to Remand [Doc. Nos. 17, 26, 48 & 50] filed by Plaintiff Parish of Cameron and Intervenor the State of Louisiana *ex rel.* Jeff Landry, Attorney General and through the Louisiana Department of Natural Resources, Office of Costal Management, and Louisiana Department of Natural Resources, Thomas F. Harris are GRANTED.  The Clerk of Court is hereby instructed to remand this matter to the 38th Judicial District Court, Cameron Parish, Louisiana, forthwith.

IT IS FURTHER ORDERED that the related Motion for Oral Argument [Doc. No. 74] and Motion for Leave to File Supplemental Authority [Doc. No. 76] are DENIED AS MOOT.

MONROE, LOUISIANA, this 9th day of May, 2018.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE